UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 24-335 (GC) |
| BRANDON WILLIAMS | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Robert Frazer, United States Attorney for the District of New Jersey (Tracey Agnew, Assistant U.S. Attorney, appearing), in the presence of Meagan McGurl, Esq., counsel for the defendant, Brandon Williams, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending the violation hearing in the above-entitled matter because the defendant poses a risk of non-appearance; and the defendant having opposed his detention; and for good cause shown:

IT IS, therefore, on this 6th day of October, 2026,

ORDERED that the defendant is hereby DETAINED without prejudice. The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a date to be determined by the Court; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(e), that the defendant be committed to the custody of the Attorney General or his authorized representative; and it is further

RECEIVED

OCT - 6 2026

AT 8:30_______________M
CLERK, U.S. DISTRICT COURT - DNJ

ORDERED that such detention be without prejudice to the defendant's right to seek release pursuant to Title 18, United States Code, Section 3142(f) at a date to be determined by the Court; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

HONORABLE RUKHSANAN L. SINGH
United States Magistrate Judge